JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER ERIC HOF DANIEL,<br><br>  Plaintiff,<br>vs.<br>BARCLAYS CAPITAL, INC., et al.<br><br>  Defendant. | Case No. 2:19-cv-06698-JFW-SKx<br><br>Honorable John F. Walter<br><br>**ORDER GRANTING JOINT DISMISSAL WITH PREJUDICE** |

# ORDER

The Court finds that upon consideration of Plaintiff and Defendant Barclays Bank Delaware's (erroneously sued as "Barclays Capital, Inc.") Joint Motion to Dismiss under Federal Rule of Civil Procedure 41 the Court Dismisses Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

DATED: September 17, 2019

_____
Honorable John F. Walter
United States District Court Judge